

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-18-00138-CV

### IN RE AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On March 6, 2018, relator filed a Petition for Writ of Mandamus complaining of the trial court's denial of its motion to abate and compel appraisal. Relator also filed a Motion for Temporary Relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than March 26, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. All proceedings in the underlying case, including discovery, are stayed pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on March 8, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CI-12807, styled *Inah Oh v. American National Property and Casualty Company, et al.*, pending in the 438th Judicial District Court, Bexar County, Texas. The Honorable David Canales signed the order at issue in this proceeding.